1

Marc V. Kalagian
Attorney at Law: 4460

2

211 East Ocean Boulevard, Suite 420

3

Long Beach, CA 90802
Tel: (562)437-7006

4

Fax: (562)432-2935
E-Mail: rohlfing.kalagian@rksslaw.com

5

Attorneys for Plaintiff
MICHAEL SHANE

6

7

8

9

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

10

11

12

MICHAEL SHANE

13

                    Plaintiff,

v.

14

NANCY A. BERRYHILL,  Acting
Commissioner of Social Security.

15

16

                    Defendant.

17

)  Case No.: 2:16-cv-02263-JAD-CWH
)
)  STIPULATION TO EXTEND TIME
)  TO FILE MOTION FOR REVERSAL
)  AND/OR REMAND
)
)   (FIRST REQUEST)
)
)
)
)

18

19

          Plaintiff Michael Shane and Defendant Nancy A. Berryhill, Acting

20

Commissioner of Social Security, through their undersigned attorneys, stipulate,

21

subject to this court's approval, to extend the time to May 4, 2017 for Plaintiff to

22

file Plaintiff's Motion for Reversal and/or Remand; and that Defendant shall have

23

until June 5, 2017, to file her opposition, if any is forthcoming.  Any reply by

24

plaintiff will be due June 26, 2017.

///

25

///

26

-1-

1    As the Court is aware, after a 5 year battle with terminal stage 4 cancer
2    Plaintiff's Counsel's Spouse of the associate, who this matter is assigned to, passed
3    away on September 30, 2016.  The aftermath of this traumatic event on both
4    Counsel and his 9 year old son and 7 year old daughter was immeasurable.
5    Compounding the impact of this loss is the fact that Counsel's spouse was a former
6    employee at Counsel's Law Firm and her death was far reaching in its impact on
7    Counsel's professional life as well.  Due to the death, the subsequent holiday
8    period, and the need to find a permanent caregiver and the required time to
9    acclimate his children to that presence during his absence to meet his professional
10   obligations, Counsel requires the additional time to prepare and file her motion for
11   summary judgment.
12        Counsel for plaintiff does not anticipate this extraordinary request for more
13   time to become the rule and recognizes it is the extraordinary exception and
14   sincerely apologizes to the court for any inconvenience this may have had upon it
15   or its staff.
16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///

-2-

1   DATE: March 8, 2017              Respectfully submitted,

2                                    ROHLFING & KALAGIAN, LLP

3                                           /s/ *Marc V. Kalagian*

4                           BY: _____
                                    Marc V. Kalagian
5                                   Attorney for plaintiff Mr. Michael Shane

6

7   DATE:  March 8, 2017            Daniel G. Bogden
                                    United States Attorney
8

9

10                                          /s/ *Tina Naicker*

11                          BY: _____
                                    Tina Naicker
12                                  Special Assistant United States Attorney
                                    Attorneys for defendant Nancy A. Berryhill
13                                  |*authorized by e-mail|

14

15  DATED:  March 14, 2017

16  IT IS SO ORDERED: _____

17                          UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:16-CV-02263-JAD-CWH**

I hereby certify that I electronically filed the foregoing with the Clerk of the

Court for this court by using the CM/ECF system on March 8, 2017.

I certify that all participants in the case are registered CM/ECF users and

that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*

_____

Marc V. Kalagian
Attorneys for Plaintiff