Marc V. Kalagian (NSBN 4460)
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: marc.kalagian@rksslaw.com

Gerald M. Welt Attorney at Law (NSBN 1575)
732 S. Sixth Street, Suite 200-D
Las Vegas, NV 89101
Tel.: (702)382-2030
Fax: (702)684-5157
E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com

Attorneys for Plaintiff

STEVEN W. MYHRE (NSBN 9635)
Acting United States Attorney
District of Nevada
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL SHANE,<br><br>               Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:16-cv-02263-JAD-CWH<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S NOTICE OF VOLUNTARY REMAND OF THE CASE OR CROSS-MOTION TO AFFIRM**<br><br>**(First Request)** |

- 1 -

1    IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that

2    the time for responding to Plaintiff's Motion for Summary Judgment be extended for approximately

3    forty-six (46) days from June 5, 2017 to **July 21, 2017**.  This is Defendant's first request for extension.

4    Good cause exists to grant Defendant's request for extension.  Additional time is required as counsel

5    for Defendant has over 50+ active matters, of which two dispositive motions are required on the same

6    date as the current deadline.   Counsel for Defendant also had to take unexpected family medical leave

7    earlier this month to care for her elderly mother who just had surgery.  As a result, Counsel for

8    Defendant needs additional time to respond to her pending matters resulting from the unanticipated

9    family medical leave.  In addition, due to the nature of this case and voluminous paper transcript,

10   Counsel respectfully requests additional time to respond to Plaintiff's Motion for Summary Judgment

11   in order to adequately research, analyze and respond to the issues presented by Plaintiff.  Defendant

12   makes this request in good faith with no intention to unduly delay the proceedings.  Plaintiff has no

13   objection to the requested relief.

14

15

16

17

18

19

20

21

22

23

24   ///

25   ///

26   ///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date:     May 30, 2017

By:     */s/ Marc Kalagian*
        MARC V. KALAGIAN
        *by email authorization on 5/30/17
        Attorney for Plaintiff

Date:     May 30, 2017

        STEVEN W. MYHRE
        Acting United States Attorney


        By:*/s/ Tina L. Naicker*
        TINA L. NAICKER
        Special Assistant United States Attorney

**IT IS SO ORDERED.**

DATE:     June 1, 2017

        THE HONORABLE CARL W. HOFFMAN
        United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I, TINA L. NAICKER, certify that the following individual was served with a copy of the **JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S NOTICE OF VOLUNTARY REMAND OF THE CASE OR CROSS-MOTION TO AFFIRM** on the date and via the method of service identified below:

**CM/ECF:**

Marc V. Kalagian (NSBN 4460)
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: marc.kalagian@rksslaw.com

Gerald M. Welt Attorney at Law (NSBN 1575)
732 S. Sixth Street, Suite 200-D
Las Vegas, NV 89101
Tel.: (702)382-2030
Fax: (702)684-5157
E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com

Attorneys for Plaintiff
MICHAEL SHANE

Respectfully submitted this 30th day of May 2017,


 */s/ Tina L. Naicker*
TINA L. NAICKER
Special Assistant United States Attorney