Marc V. Kalagian (NSBN 4460)
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: marc.kalagian@rksslaw.com

Gerald M. Welt Attorney at Law (NSBN 1575)
732 S. Sixth Street, Suite 200-D
Las Vegas, NV 89101
Tel.: (702)382-2030
Fax: (702)684-5157
E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com

Attorneys for Plaintiff

STEVEN W. MYHRE (NSBN 9635)
Acting United States Attorney
District of Nevada
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL SHANE, | ) |
|             Plaintiff, | ) Case No. 2:16-CV-02263-CWH |
| v. | ) **JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S NOTICE OF VOLUNTARY REMAND OF THE CASE OR CROSS-MOTION TO AFFIRM** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
|             Defendant. | ) **(Second Request)** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended for approximately thirty (30) days from July 21, 2017 to **August 20, 2017**. This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension. Counsel for Defendant was involved in a car accident on Wednesday, July 19, 2017 and had to take unanticipated medical leave. Counsel for Defendant apologizes for the belated nature of the request, but did not anticipate taking medical leave resulting from her car accident. Additional time is also required as counsel for Defendant has over 50+ active matters, of which two dispositive motions are required until mid-August. Counsel respectfully requests additional time to respond to Plaintiff's Motion for Summary Judgment in order to adequately research, analyze and respond to the issues presented by Plaintiff. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Plaintiff has no objection to the requested relief.

///

///

///

1 | The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date:   July 21, 2017

By:   */s/ Cyrus Safa*
      CYRUS SAFA for Marc Kalagian
      *by email authorization on 7/21/17
      Attorney for Plaintiff

Date:   July 21, 2017

STEVEN W. MYHRE
Acting United States Attorney

By:*/s/ Tina L. Naicker*
TINA L. NAICKER
Special Assistant United States Attorney

**IT IS SO ORDERED.**

DATE:   July 24, 2017

THE HONORABLE CARL W. HOFFMAN
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I, TINA L. NAICKER, certify that the following individual was served with a copy of the JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S NOTICE OF VOLUNTARY REMAND OF THE CASE OR CROSS-MOTION TO AFFIRM on the date and via the method of service identified below:

**CM/ECF:**

Marc V. Kalagian (NSBN 4460)
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: marc.kalagian@rksslaw.com

Gerald M. Welt Attorney at Law (NSBN 1575)
732 S. Sixth Street, Suite 200-D
Las Vegas, NV 89101
Tel.: (702)382-2030
Fax: (702)684-5157
E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com

Attorneys for Plaintiff
MICHAEL SHANE

Respectfully submitted this 21st day of July 2017,

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Tina L. Naicker*
　　　　　　　　　　　　　　　　　　　　　　　　　　　TINA L. NAICKER
　　　　　　　　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney