Marc V. Kalagian (NSBN 4460)
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: marc.kalagian@rksslaw.com

Gerald M. Welt Attorney at Law (NSBN 1575)
732 S. Sixth Street, Suite 200-D
Las Vegas, NV 89101
Tel.: (702)382-2030
Fax: (702)684-5157
E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com

Attorneys for Plaintiff

STEVEN W. MYHRE (NSBN 9635)
Acting United States Attorney
District of Nevada
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL SHANE, | ) |
| Plaintiff, | ) Case No. 2:16-CV-02263-CWH<br>)<br>) **JOINT STIPULATION FOR EXTENSION OF** |
| v. | ) **TIME TO FILE DEFENDANT'S NOTICE OF**<br>) **VOLUNTARY REMAND OF THE CASE OR** |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) **CROSS-MOTION TO AFFIRM**<br>)<br>) **(Third Request)** |
| Defendant. | ) |

1    IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that
2    the time for responding to Plaintiff's Motion for Summary Judgment be extended for approximately
3    two days (2) business days from August 20, 2017 to **August 23, 2017**. This is Defendant's third
4    request for extension. Good cause exists to grant Defendant's request for extension. Counsel for
5    Defendant has been suffering from chronic migraines, which impairs her vision. Counsel was also
6    recently hospitalized in ER and was on medical leave as a result of her migraines. Currently, Counsel
7    has over 50+ active matters, of which require 2+ dispositive motions a week. As a result of heavy
8    caseload and shortened staff, Counsel became behind on her caseload. Counsel for Defendant
9    apologizes for the belated nature of the request, but did not anticipate taking additional medical leave
10   resulting from her chronic migraines. Counsel respectfully requests additional time to respond to
11   Plaintiff's Motion in order to adequately research, analyze and respond to the issues presented by
12   Plaintiff. Defendant makes this request in good faith with no intention to unduly delay the
13   proceedings. Plaintiff has no objection to the requested relief.

24   ///
25   ///
26   ///

| | |
|---|---|
| 1 | The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. |

Respectfully submitted,

Date: August 21, 2017

By: */s/ Marc Kalagian*
MARC KALAGIAN
*by email authorization on 8/21/17
Attorney for Plaintiff

Date: August 21, 2017

STEVEN W. MYHRE
Acting United States Attorney

By:*/s/ Tina L. Naicker*
TINA L. NAICKER
Special Assistant United States Attorney

**IT IS SO ORDERED.**

DATE: August 24, 2017

THE HONORABLE CARL W. HOFFMAN
United States Magistrate Judge

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I, TINA L. NAICKER, certify that the following individual was served with a copy of the |
| 3 | **JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S NOTICE OF** |
| 4 | **VOLUNTARY REMAND OF THE CASE OR CROSS-MOTION TO AFFIRM** |
| 5 | on the date and via the method of service identified below: |

**CM/ECF:**

Marc V. Kalagian (NSBN 4460)
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: marc.kalagian@rksslaw.com

Gerald M. Welt Attorney at Law (NSBN 1575)
732 S. Sixth Street, Suite 200-D
Las Vegas, NV 89101
Tel.: (702)382-2030
Fax: (702)684-5157
E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com

Attorneys for Plaintiff
MICHAEL SHANE


Respectfully submitted this 21st day of August 2017,


    */s/ Tina L. Naicker*
    TINA L. NAICKER
    Special Assistant United States Attorney